UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.          Case No. 06-20663

D-1, DERRICK ARMSTRONG,
D-10, DEXTER HUSSEY,
D-12, JOSEPH JONES,
D-20, AARON SCHWARTZ,      HONORABLE AVERN COHN

    Defendants.

_____/

## ORDER GRANTING/DENYING MOTIONS

This is a multi-defendant complex criminal case involving charges of drugs and money laundering. The Court held a status conference on November 03, 2008, at which it disposed of a number of motions as follows:

| | Motion | Disposition |
|---|---|---|
| A. | Defendant Aaron Schwartz's Motion To Sever | GRANTED |
| B. | Defendant Joseph M. Jones' Motion For Disclosure Of Brady Material | GRANTED |
| C. | Defendant Dexter Hussey's Motion For Disclosure Of Exculpatory Evidence And Discovery Material Including FRE 404(b) Material | GRANTED |
| D. | Defendant Derrick Armstrong's Motion To Sever | GRANTED |
| E. | Defendant Joseph M. Jones' Motion To Sever | GRANTED |
| F. | Defendant Joseph M. Jones' Motion For A Bill Of Particulars | DENIED |

Additionally,

G.  Defendant Joseph M. Jones' Motion Requesting Notice Of The Government's Intention To Offer Other Crimes, Wrongs And Bad Acts Evidence is DENIED. The government understands its obligations relating to notice of FRE 404(b) evidence.

H.  Defendant Joseph M. Jones' Motion For Pretrial Disclosure And Hearing As To The Admissibility Of Co-Conspirators' Statements Pursuant To Rule 801(A)(2)(e) is DENIED. *See, Bourjaily v. United States*, 781 F2d 539, 546 (6th Cir. 1986).

I.  Lastly, Defendant Derrick Armstrong's Motion To Dismiss Indictment requires a response.

SO ORDERED.

    s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: November 4, 2008

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, November 4, 2008, by electronic and/or ordinary mail.

    s/Julie Owens
Case Manager, (313) 234-5160